DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHAN ELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHAN ELLIS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:08-cr-0294 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON <br><br> DATE:   APRIL 8, 2010 <br> TIME:    1:30 P.M. <br> JUDGE:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference hearing in the above entitled matter, now scheduled for March 10 , 2010, **may be continued to April 8, 2010, at 1:30 P.M.**

This continuance is requested by counsel for Defendant to allow her additional time to review legal issues prior to the court date.   The requested continuance will conserve time and resources for the parties and the court.

///

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN G. WAGNER  
United States Attorney

DATED: March 10, 2010        /s/ *Dawrence W. Rice,*  
DAWRENCE W. RICE  
Assistant United States Attorney  
Attorney for Plaintiff

DANIEL J. BRODERICK  
Federal Defender

DATED: March 10, 2010        /s/ *Francine Zepeda*  
FRANCINE ZEPEDA  
Assistant Federal Defender  
Attorney for Defendant  
Nathan Ellis

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **March 10, 2010**         /s/ **Gary S. Austin**  
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status  
Conference Hearing; [Proposed] Order                    2